# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MARIANA ACOSTA, KATHERINE PEREZ, and MARLENY POLANCO, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| INTER-COAST INTERNATIONAL TRAINING, INC., GEETA BROWN, and CHRISTOPHER BROWN, | ) ) ) ) |
| Defendants | ) |

**Case No. 2:20-cv-00135-JAW**

## AMENDED STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate, by and through undersigned counsel, that all claims asserted against Defendants, as well as those asserted against Plaintiffs/Counterclaim Defendants, are dismissed with prejudice and without costs to either party.

Dated: October 22, 2021

*/s/ Laura H. White*

Laura H. White, Esq. - Bar No. 4025
*Attorney for Plaintiffs*
WHITE & QUINLAN, LLC
62 Portland Road, Suite 21
Kennebunk, ME  04043
(207) 502-7484
*lwhite@whiteandquinlan.com*

*/s/ James B. Haddow*

James B. Haddow, Esq.
*Attorney for Defendants*
Petruccelli, Martin & Haddow, LLP
Two Monument Square, Suite 900
P.O. Box 17555
Portland, ME 04112-8555
jhaddow@pmhlegal.com

*/s/ William M. Ojile, Jr.*

William M. Ojile, Jr., Esq.
*Pro Hac Vice Attorney for Defendants*
Armstrong Teasdale
4643 S. Ulster Street, Suite 800
Denver, CO 80237
bojile@atllp.com

## CERTIFICATE OF SERVICE

I, Laura H. White, hereby certify that on this 22nd day of October, 2021, I filed the foregoing Amended Stipulation of Dismissal with the Court's CM/ECF system, which automatically sends notification to all counsel of record.

Dated: October 22, 2021            */s/ Laura H. White*

Laura H. White, Bar No. 4025
*Attorney for Plaintiffs*
WHITE & QUINLAN, LLC
62 Portland Road, Suite 21
Kennebunk, ME  04043
(207) 502-7484
lwhite@whiteandquinlan.com